BLANK ROME, LLP
Attorneys for Plaintiff
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY  10174-0208
(212) 885-5000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEIULEMAR COMPAGNIA DI NAVIGAZIONE SPA,<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>IMPERIAL MARINE CO., DALTON WORLDWIDE S.A., and OVERSEAS MARINE ENTERPRISES INC.,<br><br>　　　　　　　　Defendants. | 07 Civ. 6978 (DC)<br><br>**ORDER OF DISCONTINUANCE ON CONSENT PURSUANT TO F.R. CIV. P. 41(a)(1)** |

　　This action having previously been dismissed as against DALTON WORLDWIDE S.A., and OVERSEAS MARINE ENTERPRISES INC., and no appearance having been made by IMPERIAL MARINE CO., it is hereby

　　ORDERED that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is hereby dismissed against IMPERIAL MARINE CO. without prejudice, and the Order of Maritime Attachment and Garnishment entered herein ("Order") is vacated.

Dated: New York, New York
　　　　July　, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　　　7/30/09

624234.00604/6767558v.1

ENTRY OF THE ABOVE ORDER IS CONSENTED TO:

**BLANK ROME LLP**

By: _____
Jack A. Greenbaum
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
jgreenbaum@blankrome.com
*Attorneys for Plaintiff*

2

624234.00604/6767558v.1